### FRENCH *v.* BLANCHARD.

*Friday,
June 5.*

APPEAL from the *St. Joseph* Circuit Court.

*Per Curiam.*—There are no exceptions taken to any ruling of the Court.  As the record is made up, it presents nothing for our consideration (1).

The judgment is affirmed with 2 per cent. damages and costs.

*A. G. Deavitt*, for the appellant.

*J. A. Liston*, for the appellee.

(1) See *Jolly et al.* v. *The Terre Haute Bridge Company, post,* and cases there cited.